FORT WORTH CITY MILLS CO. V. MILAM & PATTERSON.

(No. 2221, R. Book No. 4, p. 251.)

APPEAL from Tarrant County.	Opinion by HURT, J.

§ 247. *Amendment; new cause of action; costs.* Where a suit was prematurely brought, and plaintiff by amendment set up an entirely new cause of action, this could be done. [Tarkinton v. Broussard, 51 Tex. 550; Kirkland v. Little, 41 Tex. 456; Littlefield v. Fry, 39 Tex. 299; Woods v. Durrett, 28 Tex. 429; Cox v. Reinhardt, 41

Tex. 591.] But the costs up to such amendment should be adjudged against the plaintiff. [Kirkland v. Little, 4 Tex. 456.]

November 22, 1882.　　Reversed and reformed.